## Commonwealth ex rel. Winters, Appellant, *v.* Maroney.

732

Submitted September 14, 1964. *Charles W. Winters,* appellant, in propria persona; *Ervin S. Fennell, Jr.,* Assistant District Attorney, and *John K. Reilly, Jr.,* District Attorney, for appellee.

Order affirmed.